# Exhibit 1



DAILY MARKET NEWS 📰   /   HOW TO INVEST IN THE STOCK MARKET   /   PERSONAL FINANCE

/   STOCK FORUM   /   ABOUT



**MUST READ**





# FingerMotion Now Becomes A 'Short and Distort' Target

OCTOBER 9, 2023  /  FRANK NEZ  /  1 COMMENT

**FingerMotion** (NASDAQ:**FNGR**) has now become a 'short and distort' target by short sellers looking to profit from the company's decline in share price.

Retail investors, as well as FingerMotion, have been targeted by dummy website *Capybara Research*, which only has a **Domain Authority of 3** — a major red flag for a 'research company' with little to no actual credibility.




### Another Popular Retailer Now Declares An Unexpected Bankruptcy


### A Bank Now Unexpectedly Freezes $48K in Customer's Account


### A US Company Now Declares An Unexpected Bankruptcy


### A New Wave of Massive Layoffs Now Hits Pennsylvania


### Massive Layoffs At Wells Fargo Are Now Being Planned


### A Massive and Beloved Retailer Now Faces Possible Bankruptcy


### Bank Now Refuses to Reimburse Customer $270K in Stolen Money


### More US Banks Are Now Freezing and Closing Accounts

The dummy company published a 'short seller' report, to which FingerMotion released a statement addressing the misinformation from the 'short and distort' attempt.

*"Based on the review by the Company's management team, we believe that the Capybara Report contain many errors, unsupported speculations and inaccurate interpretations of events.*

*The Company's management, together with its Board of Directors, intends to further review and examine the allegations and misinformation therein and will take whatever necessary and appropriate actions may be required to protect the interest of its shareholders.*

*The Company is already in the process of identifying and engaging experts who can assist it in identifying the perpetrators behind this coordinated action,"* FingerMotion said in a statement.

*"The Company endeavors to provide full and accurate disclosure to investors and rebut any false claims that attempt to impair market confidence in FingerMotion's*

*business, operations and financial statements*."

Now FingerMotion has retained the services of Mark Basile and his securities litigation firm, The Basile Law Firm P.C., to investigate recent activities surrounding the Company's stock performance and to take whatever legal action necessary to prevent potential market participants utilizing unlawful means from further hurting FingeMotion shareholders, including the recently published research paper by Capybara Research.

"We are pleased to welcome Mr. Basile to our legal team," stated Martin Shen, CEO of FingerMotion.

"Mr. Basile and his firm understands how dilution funding and certain market participant activities negatively affect retail shareholders and will be leading this investigation and any appropriate actions we may pursue."

## More on This 'Short and Distort' Attack



*Market News Today – FingerMotion Now Becomes A 'Short and Distort' Target.*

The dummy company stated in their FingerMotion short report that the company reminded them of their previous short report on Knightscope ($KSCP), which they were short on.

"We are short shares of $KSCP and believe its equity is on the brink of being worthless and will only have its existence prolonged via inevitable mass dilution through its $93 million shelf and ATM agreement," the user said on Twitter back in July.

*"This is a very similar setup to our prior short report on Knightscope ($KSCP)* **whose shares fell 50% within a month of our report**, *as the company diluted shares into the promotional campaign,"* they stated in FingerMotion's short report.

Now the users of the page are being investigated and face possible litigation charges.

Twitter influencers and retail activists for fair markets such as *BusyBrands*, *RealAvidTrader*, and others have been accused of being paid promoters of FingerMotion by the 'research company'.

The blatant attack and accusations has put Capybara Research under heavier scrutiny with legal repercussions now underway.

Shares of FingerMotion have fallen more than -11% in the past month.

However, the stock is currently up more than +114% this year-to-date.

**This is a developing story** — for more market news

and updates, opt-in for push notifications, join the popup newsletter, or follow me on social media below.

## Market News Published Daily 📰



*Market News Today – FingerMotion Now Becomes A 'Short and Distort' Target.*

Don't forget to opt-in for push notifications so you don't miss a single article!

Also, thank you to all of our **blog sponsors**. This year we've been able to increase push notifications slots making it more convenient than ever for new readers to

https://franknez.com/fingermotion-now-becomes-a-short-and-distort-target/

receive their daily market news and updates.

**You can also follow me**

**on** Twitter, Instagram, Facebook, or LinkedIn for daily news and updates on your favorite stories.

**More Market News** 



## Become a Sponsor for only $1/mo.

- Gain access to **EXCLUSIVE FrankNez articles** you won't find here.

- Become part of a *private and safe* Discord community, just for retail investors.

- Get drawn at the end of the year for holiday giveaways.

**Become a Sponsor Today!**

# Recommended For You ✨

**Wells Fargo is Now Freezing Bank Accounts in New Scandal**

**The US Treasury Direct is Now Freezing Customer Accounts**

**Banks Are Now Closing Thousands of Accounts Daily**

**A US Bank is Now Denying Customers Access to Money**

**Massachusetts Now Becomes The Next State to Experience Massive Layoffs**

**Chase Customers Now Unable to Access Money Through ATMs**

Breaking

**A US Company Now Declares An Unexpected Bankruptcy**

Search

Search

Business News, Finance News, Investing News, Market News, Stock Market News

‹ BUSINESS NEWS    ‹ FINANCE NEWS    ‹ FINGERMOTION STOCK

‹ FNGR STOCK    ‹ INVESTING NEWS    ‹ MARKET NEWS

‹ STOCK MARKET NEWS

PREVIOUS POST

15 Bank of America Branches To Now Close in October

# 1 Comment



**Frank Nez** *(Post author)*

October 9, 2023 at 11:29 pm

Leave your thoughts below.

REPLY

# Leave a Reply

**BLOG STATS**

10,844,870 hits

**BUSINESS EMAIL /
SPONSORED CONTENT**

bryanfrankieantunez@gmail.com

© 2023 FRANKNEZ.COM

THEME BY ANDERS NOREN — UP ↑

**Share**