# Exhibit 1

← **Capybara Research**
29 posts



## Capybara Research
@CapybaraShort

Our focus is on actionable short ideas. Names we believe offer significant downside within a short time frame. Not financial advice.

🔗 capybararesearch.com    📅 Joined July 2023

**35** Following    **630** Followers

Not followed by anyone you're following

| Posts | Replies | Media | Likes |