```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
FINGER MOTION, INC.,                                                   :
                                                                       :
                              Plaintiff,                               :
                                                                       :        23 Civ. 9212 (JPC)
          -v-                                                          :
                                                                       :             ORDER
CAPYBARA RESEARCH et al.,                                              :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On November 6, 2023, Plaintiff served Defendant Capybara Research with copies of the Summons and Complaint. Dkt. 11. Defendant's deadline to respond to the Complaint was therefore November 27, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until December 13, 2023. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by December 20, 2023.

SO ORDERED.

Dated: November 29, 2023
      New York, New York

                                          JOHN P. CRONAN
                                      United States District Judge