# Exhibit 8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FINGERMOTION, INC.,<br>Plaintiff<br><br>v.<br><br>CAPYBARA RESEARCH; JOHN DOES 1-10,<br>Defendants<br><br>WIX.COM LTD.,<br>Nominal Defendant | Case No. 1:23-cv-09212 |

### NON-PARTY WIX.COM LTD'S RESPONSES AND OBJECTIONS TO FINGERMOTION, INC'S SUBPOENA TO PRODUCE DOCUMENTS

Pursuant to Rules 26, 34, and 45 of the Federal Rules of Civil Procedure (the "Federal Rules") and the Local Rules of the United States District Court for the Southern District of New York (the "Local Rules"), non-party Wix.com Ltd. ("Wix") hereby responds and objects to the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, dated October 25, 2023, (the "Subpoena") served by FingerMotion, Inc. ("FM") and the document requests (the "Request(s)") listed therein, as set forth below.

Wix has not accepted service of process in this lawsuit and believes it was improperly joined as a party. However, solely in its capacity as a non-party and without waiving its rights and defenses in the lawsuit, including its rights under 15 U.S.C. § 78u–4(c), Wix provides the following responses and objections.

## SPECIFIC RESPONSES AND OBJECTIONS

**REQUEST NO. 1:**

Identifying information provided to Wix.com, Ltd. by the individual(s) who purchased and owns the domain name www.capybararesearch.com including, but not limited to:

a. First and Last Name

b. Address

c. Email Address

**RESPONSE TO REQUEST NO. 1:**

Wix objects to this Request on the basis that it calls for production of potentially confidential and/or personal identifying information and agrees to produce such information in response to the Subpoena only based on FM's agreement to use this information solely for purposes of this Action. Unless necessary for identifying parties and effecting service on same, Wix expects that FM will take appropriate measures to seek confidential treatment, including sealing, of this discovery response and the information contained herein when filing this discovery response and/or the information contained herein in the public file in this action,

Subject to and without waiving the foregoing objections, Wix conducted a reasonable search for information responsive to this Request and located the following information:

a. Igor Appelbloom

b. Three addresses located:

- Av Antonio Gil Veloso 2232, Es, Vila Velha, Brazil 29101-738

- Av Resplendor, Es, Rio De Janeiro, Brazil 29101-738

- Avenida Cardoso Moreira, Itaperuna, Brazil, 28300-000

c. igorappelboom@gmail.com

**REQUEST NO. 2:**

The last known address of the individual(s) who purchased and owns the domain name www.capybararesearch.com.

**RESPONSE TO REQUEST NO. 2:**

Wix incorporates by reference its response to Request No. 1 as if set forth fully herein.

Dated: November 8, 2023               Respectfully submitted,

                                      LATHAM & WATKINS LLP

                                      By:    /s/ Jason C. Hegt_____

                                      Jason C. Hegt
                                      1271 Avenue of the Americas
                                      New York, NY 10020
                                      +1.212.906.1200
                                      Jason.Hegt@lw.com

                                      *Attorney for Non-Party Wix.com Ltd.*