# Exhibit 10







igorappelboom@g...

From user's Google profile




