UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
FINGERMOTION, INC.,                                               :
                                                                  :
                              Plaintiff,                          :
                                                                  :    23 Civ. 9212 (JPC) (KHP)
            -v-                                                   :
                                                                  :    ORDER
CAPYBARA RESEARCH *et al.*,                                       :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    On February 2, 2024, Plaintiff served Defendant Accretive Capital LLC d/b/a Benzinga ("Benzinga") with copies of the Summons and Complaint. Dkt. 39. Benzinga's deadline to respond to the Complaint was therefore February 23, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Benzinga. Accordingly, the Court extends *sua sponte* Benzinga's deadline to respond to the Complaint until March 11, 2024. If Benzinga once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek another Certificate of Default by March 18, 2024.

    SO ORDERED.

Dated: February 26, 2024
       New York, New York

                                                  JOHN P. CRONAN
                                          United States District Judge