UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FINGERMOTION, INC.,<br><br>    *Plaintiff,*<br><br>v.<br><br>CAPYBARA RESEARCH, IGOR APPELBOOM, and ACCRETIVE CAPITAL LLC d/b/a BENZINGA,<br><br>    *Defendants.* | Civil Action No. 1:23-cv-09212 (JPC)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF ACCRETIVE CAPITAL LLC PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(ii)** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the undersigned counsel hereby stipulate and agree that all claims asserted against Accretive Capital d/b/a Benzinga be dismissed with prejudice and without costs.

Date: March 20, 2024               Stipulated and agreed,

THE BASILE LAW FIRM P.C.
Attorneys for Plaintiff Knightscope, Inc.

*/s/ Mark R. Basile*

Mark R. Basile, Esq.
390 N. Broadway, Suite 140
Jericho, New York 11753
Tel.: (516) 455-1500
mark@thebasilelawfirm.com

*/s/ Waleed Amer*

Waleed Amer, Esq.
390 N. Broadway, Suite 140
Jericho, New York 11753
Tel.: (516) 455-1500
waleed@thebasilelawfirm.com

STRAUSS LAW PLLC
Attorneys for Defendant Accretive Capital d/b/a Benzinga

*/s/ Jesse Strauss*

Jesse Strauss (4182002)
250 W. 85th St., Apt. 11A
New York, NY 10024
(917) 541-8428
jesse@strausslawpllc.com

_/s/ Joseph F. Rose_

Joseph F. Rose, Esq.
390 N. Broadway, Suite 140
Jericho, New York 11753
Tel.: (516) 455-1500
joe@thebasilelawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2024, I electronically filed with the Clerk of the Court the foregoing document using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

Date: March 21, 2024                              By: _/s/ signature_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FINGERMOTION, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> CAPYBARA RESEARCH, IGOR APPELBOOM, and ACCRETIVE CAPITAL LLC d/b/a BENZINGA, <br><br> *Defendants.* | Civil Action No. 1:23-cv-09212 (JPC) <br><br> **ORDER DISMISSING ACCRETIVE CAPITAL LLC WITH PREJUDICE AND WITHOUT COSTS** |

Upon stipulation of the Plaintiff and Accretive Capital LLC d/b/a Benzinga ("Benzinga"), and the Court being adequately advised in the premises:

IT IS ORDERED that all claims asserted against Benzinga be and are hereby dismissed with prejudice and without costs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

SO ORDERED.

Date:

_____
Hon. John P. Cronan
United States District Judge