UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FINGERMOTION, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> CAPYBARA RESEARCH and IGOR APPELBOOM, <br><br> *Defendants.* | Case No. 1:23-cv-09212 (JPC) (KHP) <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the plaintiff FingerMotion, Inc. and its counsel hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against the defendants Capybara Research and Igor Appelboom. Defendants Capybara Research and Igor Appelboom have not filed an answer or motion for summary judgment.

Dated: May 8, 2024

Respectfully submitted,

THE BASILE LAW FIRM, P.C.

_____
Mark R. Basile, Esq.

_____
Waleed Amer, Esq.

_____
Joseph F. Rose, Esq.

390 N. Broadway, Suite 140
Jericho, NY 11753
Tel.:   (516) 455-1500
Fax:   (631) 498-0748
Email: mark@thebasilelawfirm.com

2

waleed@thebasilelawfirm.com
joe@thebasilelawfirm.com

*Attorneys for Plaintiff FingerMotion, Inc.*